FILED

2008 APR 15 PM 2:19

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury    '08 CR 1171 W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | INDICTMENT |
| v. ) | Title 26, U.S.C., Sec. 7206(1) - Filing a False Tax Return |
| DAVID C. JACQUOT, ) | |
| Defendant. ) | |

The Grand Jury charges, at all times material to this indictment:

Introductory Allegations

1. Defendant DAVID C. JACQUOT was an attorney licensed to practice law in the states of California, Washington and Idaho. Defendant DAVID C. JACQUOT was also the 100% shareholder of DAVID C. JACQUOT, JD, LLM, PA (hereinafter "DJPA"), a law corporation with offices located at 401 West A Street #2210 San Diego, California.

2. Defendant DAVID C. JACQUOT was the Vice President and General Counsel of Xelan, Inc. and its affiliated entities.

//
//
//

FAD:nlv:San Diego
4/15/08

<u>Count 1</u>

[26 U.S.C. Sec. 7206(1)]

<u>Filing False Tax Return</u>

On or about September 15, 2002, within the Southern District of California, defendant DAVID C. JACQUOT did willfully make and subscribe to a false and fraudulent U.S. Corporation Income Tax Return, Form 1120, for the year 2001, which contained and was verified by a written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which return the defendant did not believe to be true and correct as to every material matter in that said income tax return reported total income on line 11 of $344,250, whereas, defendant DAVID C. JACQUOT then well knew and believed that the correct total income to David Jacquot, JD, LLM PA for the tax year 2001 was in excess of the amount reported on the tax return, all in violation of Title 26, United States Code, Section 7206(1).

<u>Count 2</u>

[26 U.S.C. Sec. 7206(1)]

<u>Filing False Tax Return</u>

On or about September 15, 2003, within the Southern District of California, defendant DAVID C. JACQUOT did willfully make and subscribe to a false and fraudulent U.S. Corporation Income Tax Return, Form 1120, for the year 2002, which contained and was verified by a written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which return the defendant did not believe to be true and correct as to every material matter in that said

//
//
//
//
//
//
//

income tax return reported total income on line 11 of $745,578, whereas, defendant DAVID C. JACQUOT then well knew and believed that the correct total income to David Jacquot, JD, LLM PA for the tax year 2002 was in excess of the amount reported on the tax return, all in violation of Title 26, United States Code, Section 7206(1).

DATED: April 15, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
FAITH A. DEVINE
Assistant U.S. Attorney

3