| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | FAITH A. DEVINE |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 146744 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7173/(619) 557-7055 (Fax) |
|   | Email: faith.devine@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1171-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| DAVID C. JACQUOT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Faith A. Devine | 146744 | (619) 557-7173 | faith.devine@usdoj.gov |

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3 | <u>Name</u>             <u>Cal. Bar No.</u>   <u>Telephone No.</u>      <u>Email Address</u>

4 | NONE

5 | Please call me if you have any questions about this notice.

6 | DATED: May 5, 2008

7 |                                         Respectfully submitted,

8 |                                         KAREN P. HEWITT
                                            United States Attorney

9 |

10 |

11 |                                         s/FAITH A. DEVINE
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff
12 |                                        United States of America
                                            **Email: faith.devine@usdoj.gov**

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 | Notice of Appearance
     United States v. David C. Jacquot          2                              08cr1171-W