David Jacquot
2041 Bandy Road
Priest River, ID 83856
(208) 415-0777
FAX: (208) 263-6274

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case #   08CR1171-W |
| Plaintiff ) | |
| VS. ) | Motion For Continuance |
| ) | Supplemental Information #1 |
| DAVID C. JACQUOT ) | |
| ) | Hearing Set for 9 June 2008 |
| Defendant ) | |

1. COMES NOW, **DAVID JACQUOT,** the Defendant, and respectfully requests that the additional information contained herein be considered on the Motion for Continuance filed on **22 May 2008** and set for hearing **9 June 2008.**

2. Changes to Case Procedural History. The Case Procedural History in the Motion for Continuance remains the same with the following addition:

    a. On 22 May 2008, Defendant was approved to proceed pro se in the matter.

3. <u>Changes to Reason for Continuance</u>. The reasons for the requested continuance remain the same with the following changes:

   a. Defendant was provided a CDROM with Discovery information by the government late on the afternoon of 22 May 2008. This information was provided after the filing of the Motion to Continue and was not provided in sufficient time to prepare substantive motions for the case.

   b. When the Defendant returned home from San Diego on 23 May 2008 he was served with a summons for Jury Duty in Bonner County Idaho for the month of July 2008. Currently he must report for Jury Duty for trials on 3, 10, 15, 24, 28, 30 July 2008. Additional trials may be added and he must call in every Friday evening to receive his schedule for the following week. The notice provides that trials may run into the month of August. Compliance with this Jury Duty summons will require substantial time by the Defendant and reduce the time that Defendant can work on case preparation and his normal job.

Respectfully submitted,

David Jacquot, Defendant         Date: 27 May 2008