**David Jacquot**
**2041 Bandy Road**
**Priest River, ID  83856**
**(208) 415-0777**
**FAX: (208) 263-6274**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff** )<br>)<br>**VS.** )<br>)<br>)<br>**DAVID C. JACQUOT** )<br>)<br>**Defendant** ) | Case #   08CR1171-W<br><br>Certificate of Service |

IT IS HEREBY CERTIFIED THAT:

I, David Jacquot, am a citizen of the United States and am at least eighteen years of age. My business address is 2041 Bandy Road, Priest River, ID 83856.  I am the pro se Defendant in the above entitled action.

I have caused service of Documents 19, Defendants Reply to Government's Response to Motion For Continuance on the Government by filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the Government.
.
I declare under penalty of perjury that the foregoing is true and correct on this June 5, 2008.


s/ David Jacquot
DAVID JACQUOT

**David Jacquot**
**2041 Bandy Road**
**Priest River, ID  83856**
**(208) 415-0777**
**FAX: (208) 263-6274**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff** )<br>)<br>**VS.** )<br>)<br>)<br>**DAVID C. JACQUOT** )<br>)<br>**Defendant** ) | Case #   08CR1171-W<br><br>Certificate of Service |

IT IS HEREBY CERTIFIED THAT:

I, David Jacquot, am a citizen of the United States and am at least eighteen years of age. My business address is 2041 Bandy Road, Priest River, ID 83856.  I am the pro se Defendant in the above entitled action.

I have caused service of Documents 15, DEFENDANT'S PROTECTIVE DISCOVERY AND SUPPRESSION MOTION on the Government by filing the foregoing with the Clerk of the District Court in its ECF System, which electronically notifies the Government.
.
I declare under penalty of perjury that the foregoing is true and correct on this June 5, 2008.


s/ David Jacquot
DAVID JACQUOT

**David Jacquot**
**2041 Bandy Road**
**Priest River, ID  83856**
**(208) 415-0777**
**FAX: (208) 263-6274**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff** )<br>)<br>**VS.** )<br>)<br>)<br>**DAVID C. JACQUOT** )<br>)<br>**Defendant** ) | Case #   08CR1171-W<br><br>Certificate of Service |

IT IS HEREBY CERTIFIED THAT:

I, David Jacquot, am a citizen of the United States and am at least eighteen years of age. My business address is 2041 Bandy Road, Priest River, ID 83856.  I am the pro se Defendant in the above entitled action.

I have caused service of Documents 14, DEFENDANT'S MOTION FOR CONTINUANCE on the Government by filing the foregoing with the Clerk of the District Court in its ECF System, which electronically notifies the Government.
.
I declare under penalty of perjury that the foregoing is true and correct on this June 5, 2008.


s/ David Jacquot
DAVID JACQUOT

**David Jacquot**
**2041 Bandy Road**
**Priest River, ID  83856**
**(208) 415-0777**
**FAX: (208) 263-6274**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff** )<br>)<br>**VS.** )<br>)<br>)<br>**DAVID C. JACQUOT** )<br>)<br>**Defendant** ) | Case #   08CR1171-W<br><br>Certificate of Service |

IT IS HEREBY CERTIFIED THAT:

I, David Jacquot, am a citizen of the United States and am at least eighteen years of age. My business address is 2041 Bandy Road, Priest River, ID 83856.  I am the pro se Defendant in the above entitled action.

I have caused service of Documents 16, DEFENDANT'S SUPPLEMENTAL MOTION FOR CONTINUANCE on the Government by filing the foregoing with the Clerk of the District Court in its ECF System, which electronically notifies the Government.
.
I declare under penalty of perjury that the foregoing is true and correct on this June 5, 2008.


s/ David Jacquot
DAVID JACQUOT