**David Jacquot**
**Pro Se**
**2041 Bandy Road**
**Priest River, ID 83856**
**(208) 415-0777**
**FAX: (208) 263-6274**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | Case #   08CR1171-W |
| Plaintiff ) | | |
| ) | | UNOPPOSED MOTION TO |
| VS. ) | | MODIFY THE CONDITIONS OF |
| ) | | PRETRIALRELEASE |
| ) | | Judge: Hon. Thomas J. Whelan |
| DAVID C. JACQUOT ) | | Courtroom: 7 |
| ) | | Date: N/A |
| **Defendant** ) | | Time: N/A |

1. Defendant, DAVID JACQUOT submits this unopposed motion seeking an order modifying his terms of pretrial release to permit travel to San Francisco California for business purposes. Mr. Jacquot will be traveling Wednesday July 23rd, conducting business on Thursday July 24th and Friday July 25th and returning to Idaho on Saturday July 26th, 2008.

2. Currently, Mr. Jacquot's travel is restricted to Idaho, Washington and the Southern District of California.

3. The pre-trial services officer supervising Mr. Jacquot has no opposition to Mr. Jacquot's proposed travel.

4. In addition, the government has no opposition to Mr. Jacquot's travel plans.

5. Based on the foregoing, Mr. Jacquot respectfully requests that the Court modify the terms of his pre-trial release, and issue an order authorizing travel to San Francisco.

6. A proposed order has been submitted with this motion.

                    Dated: July 1 2008

                    Respectfully submitted,

                    DAVID JACQUOT
                    Defendant

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, David Jacquot, am a citizen of the United States and am at least eighteen years of age. My business address is 2041 Bandy Road, Priest River, ID 83856. I am the pro se Defendant in the above entitled action.

I have caused service of Stipulation and Order Re: Pre-Trial Release on the Government by filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the Government.

I declare under penalty of perjury that the foregoing is true and correct on this 1 July 2008.

DAVID JACQUOT