

FILED

JUL  3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case #  08CR1171-W** |
| | ) | |
| **Plaintiff** | ) | **ORDER GRANTING** |
| | ) | **UNOPPOSED MOTION TO** |
| **VS.** | ) | **MODIFY THE CONDITIONS OF** |
| | ) | **PRETRIALRELEASE** |
| | ) | Judge: Hon. Thomas J. Whelan |
| **DAVID C. JACQUOT** | ) | Courtroom: 7 |
| | ) | Date: N/A |
| **Defendant** | ) | Time: N/A |

Based on the unopposed motion, the Court hereby GRANTS David Jacquot's motion seeking modification to the terms of his pre-trial release. Mr. Jacquot can travel to San Francisco CA from July 23-26, 2008.

**IT IS SO ORDERED.**

_____  7/3/08

**Hon. Thomas J. Whelan**
**UNITED STATES DISTRICT JUDGE**