**David Jacquot**
**2041 Bandy Road**
**Priest River, ID 83856**
**(208) 415-0777**
**FAX: (208) 263-6274**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **Case # 08CR1171-W** |
| | ) |
| **Plaintiff** | ) **Declaration to Support** |
| | ) **Statement of Facts** |
| **v.** | ) |
| | ) Judge: Hon. Thomas J. Whelan |
| **DAVID C. JACQUOT,** | ) Courtroom: 7 |
| | ) Date: Sept 8, 2008 |
| **Defendant** | ) Time: 2:00 pm |

I, David Jacquot, declare as follows:

I am older than 18 years old and make this Declaration voluntarily. I had personal involvement in the matters described in Statement of Facts to Support Pre-Trial Motions. I am an attorney licensed in the states of Idaho, Washington, and California and represented many of the parties in the matters described in the Statement of Facts to Support Pre-Trial Motions, and had personal involvement in their cases. If called as a witness, I could testify under oath to the matters described in the numbered paragraphs in the Statement of Facts to Support Pre-Trial Motions based on my personal knowledge and/or information and belief.

Executed on 24 August 2004 at Priest River Idaho. I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

David Jacquot

---

| | | |
|---|---|---|
| PAGE 1 | **DECLARATION OF DAVID JACQUOT** | 08CR1171-W |