David Jacquot
2041 Bandy Road
Priest River, ID 83856
(208) 415-0777
FAX: (208) 263-6274

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case #   08CR1171-W |
|---|---|---|
| Plaintiff | ) | Certificate of Service |
| v. | ) | |
| DAVID C. JACQUOT | ) | |
| Defendant | ) | |

IT IS HEREBY CERTIFIED THAT:

I, David Jacquot, am a citizen of the United States and am at least eighteen years of age. My business address is 2041 Bandy Road, Priest River, ID 83856. I am the pro se Defendant in the above entitled action.

I have caused service of:

- Motion to Dismiss/Suppress/Compel Discovery
- Statement of Facts in Support of Pre-Trial Motions
- Exhibits: Statement of Facts
- Declaration of David Jacquot
- Memorandum of Points and Authorities Supporting Motion to Dismiss/Suppress/Compel
- First Supplemental Motion to Compel
- Memorandum in Support of the First Supplemental Motion to Compel

by filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the Government.

I declare under penalty of perjury that the foregoing is true and correct on this 25 August, 2008.

DAVID JACQUOT