1  DANIEL A. JENKINS (SBN: 232230)
   7777 Alvarado Road, Suite 259
2  La Mesa, CA 91941
   Telephone:  (619) 713-0961
3  Facsimile:  (619) 713-5067
   Email: daniel@jenkinstaxlaw.com
4
   Attorney for Defendant
5
                    UNITED STATES DISTRICT COURT
6
                   SOUTHERN DISTRICT OF CALIFORNIA
7
   UNITED STATES OF AMERICA,    )   Case No. 08CR1171-W
8                               )
              Plaintiff,        )
9                               )   SUBSTITUTION OF ATTORNEY
   v.                           )
10                              )
   DAVID C. JACQUOT,            )
11                              )
              Defendant.        )
12  _____   )

13  DAVID C. JACQUOT, Defendant, hereby substitutes Daniel A. Jenkins, Esq., who is retained counsel,
14  7777 Alvarado Road, Suite 259, La Mesa, CA 91941, Telephone No. (619) 713-0961, Fax No. (619)
15  713-5067, as attorney of record in the place and stead of David C. Jacquot, pro se, and the Law Offices
16  of David Jacquot.

17

18  Dated: 24/8/08                         _____
19                                         David C. Jacquot

20  I consent to the above substitution. I am duly admitted to practice in this District.
21
22  Dated: 8/26/08                         _____
                                           Daniel A. Jenkins
23                                         Attorney for Defendant

24
    Substitution of Attorney is hereby ☐ Approved. ☐ Denied.
25
26
    Dated: _____            _____
27                                    United States District Court Judge

28

                                      1                              08CR1171-W
                              SUBSTITUTION OF ATTORNEY