KAREN P. HEWITT
United States Attorney
FAITH A. DEVINE
California State Bar No. 146744
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7173

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DAVID C. JACQUOT,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08CR1171-W<br><br>GOVERNMENT'S RESPONSE  TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>DATE: September 8, 2008<br><br>TIME: 2:00 p.m. |

        The United States of America, by and through its counsel, Karen P. Hewitt, United States

Attorney, and Faith A. Devine, Assistant United States Attorney, hereby files its response to Defendant

David C. Jacquot's Motion to Modify the Conditions of Pre-Trial Release.

        On August 6, 2008, Defendant filed a motion seeking to modify the conditions of his pre-trial

release to allow him to possess firearms.  Defendant cites <u>Colombia v. Heller</u> 554 U.S. __, 128 S.Ct.

2783 (2008) which found that a statute barring handguns in the home violated the Second Amendment.

The Government has conferred with Pre-Trial Services about Defendant's request to be allowed to

possess firearms while on supervised release.  Pre-Trial Services' position is that <u>Columbia v. Heller</u>

does not apply to this case and that the court is authorized under 18 U.S.C. § 3142(b)(8) to impose as

a condition of pre-trial release that defendant not possess firearms.  Pre-Trial Services further advised

1  that this is a standard condition for all defendants who are on supervision and that one of the reasons

2  for imposing the condition is the safety of the Pre-Trial Services Officer.  These officers do not carry

3  weapons and are required to visit the residences of defendants on supervised release. For safety reasons,

4  they do not want defendants to be armed.  The Government concurs with the position of Pre-Trial

5  Services.

6  DATED: August 29, 2008                     Respectfully submitted,

7                                             KAREN P. HEWITT
                                              United States Attorney
8

9                                             /S/
                                              FAITH A. DEVINE
10                                            Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,          )          Case No. 08cr1171-W
                                          )
12                Plaintiff,              )
                                          )
13          v.                            )
                                          )          CERTIFICATE OF SERVICE
14    DAVID C. JACQUOT.,                  )
                                          )
15                Defendant.              )
      _____)

16

17    IT IS HEREBY CERTIFIED THAT:

18          I, Faith A. Devine, am a citizen of the United States and am at least eighteen years of age.  My

19    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

20          I am not a party to the above-entitled action.  I have caused service of GOVERNMENT'S

21    RESPONSE TO DEFENDANT'S MOTION TO MODIFY THE CONDITIONS OF PRETRIAL

22    RELEASE on the following party by electronically filing the foregoing with the Clerk of the District

23    Court using its ECF System, which electronically notifies him.

24                         David C. Jacquot, Esq. - dave@jacquotlaw.com

25          I declare under penalty of perjury that the foregoing is true and correct.

26          Executed on August 29, 2008.

27                                   s/ Faith A. Devine____
                                     FAITH A. DEVINE
28