DANIEL A JENKINS (SBN: 232230)
7777 Alvarado Road, Suite 259
La Mesa, CA 91941
Telephone:    (619) 713-0961
Facsimile:    (619) 713-5067
Email: daniel@jenkinstaxlaw.com

Attorney for Defendant

**FILED**

SEP - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **08CR1171-W** |
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEY** |
| DAVID C. JACQUOT, | |
| Defendant. | |

DAVID C. JACQUOT, Defendant, hereby substitutes Daniel A. Jenkins, Esq., who is retained counsel, 7777 Alvarado Road, Suite 259, La Mesa, CA 91941, Telephone No. (619) 713-0961, Fax No. (619) 713-5067, as attorney of record in the place and stead of David C. Jacquot, pro se, and the Law Offices of David Jacquot.

Dated: **8 Sept 08**                          _____
                                              David C. Jacquot

I consent to the above substitution.  I am duly admitted to practice in this District.

Dated: **9/8/08**                            _____
                                              Daniel A. Jenkins
                                              Attorney for Defendant

Substitution of Attorney is hereby ☑ Approved.  ☐ Denied.

Dated: **9/8/08**                            _____
                                              United States District Court Judge

*SUBSTITUTION OF ATTORNEY*