

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case #   08CR1171-W |
| Plaintiff | ) ) ) | Order to Stay Proceedings Pending Appeal |
| v. | ) ) | |
| DAVID C. JACQUOT, | ) ) | Judge: Hon. Thomas J. Whelan Courtroom: 7 |
| Defendant | ) ) ) | |

## ORDER

The Defendants Motion to Stay Pending Appeal is GRANTED. It is hereby ORDERED that no further proceedings shall occur in this case until further order of this Court.

Date: _____

DENIED
[signature] 4/30/09

_____
Honorable Thomas Whelan, District Judge

PAGE 1                                                                 08CR1171-W